
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY JANE AUGUSTINE, an individual, on behalf of herself and all others similarly situated,

            Plaintiff,

   v.

BANK OF AMERICA, N.A., and DOES 1 through 10, inclusive,

            Defendants.

2:06-cv-2013-GEB-EFB

ORDER

        Since the parties state in their Joint Status Report ("JSR") filed November 6, 2006, that "defendant Bank of America, N.A. is not . . . the proper defendant" and that Plaintiff "intends to amend her complaint shortly[,]" (JSR at 2) the Status (Pretrial Scheduling) Conference currently set for November 20, 2006, is rescheduled to commence at 9:00 a.m. on March 12, 2007, to provide Plaintiff time to seek amendment as indicated.

/////

/////

/////

/////

1

1 | In accordance with the Order filed September 8, 2006, the
2 | parties shall file a joint status report no later than February 26,
3 | 2007.[1]
4 | IT IS SO ORDERED.
5 | Dated: November 14, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2