Brian R. Strange, Bar No. 103252 (designated counsel for service)
E-mail: bstrange@strangeandcarpenter.com
Gretchen Carpenter, Bar No. 180525
E-mail: gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Tel: (310) 207-5055
Fax: (310) 826-3210

Barry L. Kramer, Bar No. 61772 (designated counsel for service)
E-mail: KramerLaw@aol.com
LAW OFFICES OF BARRY L. KRAMER
11111 Santa Monica Blvd., Suite 1860
Los Angeles, California 90025-3352
Tel: (310) 235-9980
Fax: (310) 235-9982

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY JANE AUGUSTINE, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:06-CV-02013-GEB-EFB<br><br>**CLASS ACTION**<br><br>**STIPULATION PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Case assigned to the Honorable Garland E. Burrell, Jr.<br><br>Action Filed on July 27, 2006 |

Stip. Permitting Plaintiff to File First Amended Complaint; [Proposed] Order -- Page 1

1     WHEREAS, pursuant to California Civil Code Section 1782, on July 26, 2006,
2 plaintiff Mary Jane Augustine provided defendant with written notice of her and the
3 class's claims for violation of the California Consumers Legal Remedies Act ("CLRA"),
4 Cal. Civil Code §§ 1750, et seq.;
5     WHEREAS, plaintiff filed her initial complaint in this case, including a claim for
6 injunctive relief under the CLRA, in state court on July 27, 2006;
7     WHEREAS, on September 8, 2006, defendant removed this case to this Court;
8     WHEREAS, on September 15, 2006, defendant filed an answer to the complaint;
9     WHEREAS, pursuant to California Civil Code Section 1782, plaintiff now seeks
10 to amend her complaint to add a claim for damages under the CLRA;
11    WHEREAS, in addition, it appears that Bank of America, N.A., the defendant in
12 this case, is not in the credit card business, and that plaintiff has therefore named the
13 wrong defendant; and
14    WHEREAS, because defendant has answered the complaint, and in order to avoid
15 unnecessary motion practice, plaintiff has requested, and defendant has agreed, to
16 stipulate to the filing of the first amended complaint adding a claim for damages under
17 the CLRA and substituting FIA Card Services, N.A. as the defendant.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  THEREFORE, the parties hereby stipulate that, upon the Court's entry of the
2  proposed order included herein, the first amended complaint lodged concurrently
3  herewith shall be deemed filed and served on FIA Card Services, N.A., and that the FIA
4  Card Services, N.A. shall thereafter have until January 15, 2007, to file its response.

DATED: December ___, 2006                         Respectfully submitted,

                                                  STRANGE & CARPENTER

                                                  By: _____
                                                      Brian R. Strange
                                                      Gretchen Carpenter
                                                      Attorneys for Plaintiff

DATED: December ____, 2006                        FULBRIGHT & JAWORSKI
                                                  L.L.P.

                                                  By: _____
                                                      Robert M. Dawson
                                                      Brandon Fernald
                                                      Attorneys for Defendant

**IT IS SO ORDERED.**

Dated:  December 6, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge