IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY JANE AUGUSTINE, an
individual, on behalf of herself
and all others similarly
situated,

                Plaintiff,

    v.

FIA CARD SERVICES, N.A.; and
DOES 1 through 10, inclusive,

                Defendants.

2:06-cv-2013-GEB-EFB

ORDER

        Because a ruling has not yet issued on Defendant's motion to dismiss Plaintiff's first amended complaint based on federal preemption, the status (pretrial scheduling) conference scheduled in this case for March 12, 2007, is rescheduled to commence at 9:00 a.m. on June 18, 2007.

Dated:  March 7, 2007

                              GARLAND E. BURRELL, JR.
                              United States District Judge